UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 13, 2018

No. 17-2170

UNITED STATES OF AMERICA

v.

TENISHA CORTES,
Appellant

(E.D. Pa. No. 2-10-cr-00770-010)

Present:  MCKEE, AMBRO and RESTREPO, Circuit Judges

1.      Letter from Attorney Tomika N.S. Patterson, Esq. for Appellee USA,
        advising the Court of a typographical error on page 6, treated as a Motion
        to Amend Opinion.

                                        Respectfully,
                                        Clerk/JK

_____ORDER_____
The foregoing motion to amend opinion is hereby granted.  A corrected opinion will be
filed.


                                        By the Court,

                                        s/ L. Felipe Restrepo
                                        Circuit Judge

Dated: March 16, 2018